The information available on Case.net is provided as a service and is not considered an official court record.


Case.net:26SL-CC05393 - JAMEL HURD V. JESUS VALADEZ (E-CASE) - Docket Entries

| **Respond to Selected Documents** | **Sort by date:** Descending Ascending **Display options:** All Entries

**08/31/2026**

**Summons Personally Served**

Document ID - 26-SMOS-1906; Served To - JESUS VALADEZ; Served Date - 08/26/2026; Served Time - 09:46:26; Service Type - SP; Reason Description - SERV; Service Text -

**Notice of Service**

Return of Service.

**Filed By:** KATRINA HUDSON

**On Behalf Of:** JAMEL HURD

**07/31/2026**

**Summ Issd- Circ Pers Serv O/S**

Document ID: 26-SMOS-1906, for VALADEZ, JESUS Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**07/30/2026**

**Filing Info Sheet eFiling**

**Filed By:** KATRINA HUDSON

**Cert Serv of Interrog Filed**

Certificate of Service of Interrogatories and RFP.

**Filed By:** KATRINA HUDSON

**On Behalf Of:** JAMEL HURD

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** KATRINA HUDSON

**On Behalf Of:** JAMEL HURD

**Judge Assigned**

DIV 1

# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRIAN H. MAY | **Case Number: 26SL-CC05393** | |
| Plaintiff/Petitioner:<br>JAMEL HURD<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>KATRINA HUDSON<br>200 N BROADWAY<br>SUITE 720<br>ST. LOUIS, MO 63102 | |
| Defendant/Respondent:<br>JESUS VALADEZ | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

**The State of Missouri to**: **JESUS VALADEZ**
**Alias:**

**15309 STICE ROAD**
**KRUM, TX 76249**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

31-JUL-2026 /S/ Adam Dockery
Date Clerk

**Further Information:**
AD

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is ______________________________ of ____________________ County, ______________ (state).
3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
____________________________________ (name) ______________________(title).

☐ other: _________________________________________________________________.

Served at ____________________________________________________________ (address)
in __________________________ (County), ____________ (state), on ________________(date)
at __________ (time).

______________________________ Printed Name of Officer or Server

______________________________ Signature of Officer or Server

**Subscribed and sworn to** before me this ____ (day) ____________ (month), ______ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

______________________________
Signature and Title

**Service Fees**

| | |
|---|---|
| Summons | $____________ |
| Non Est | $____________ |
| Mileage | $____________ (______ miles @ $.______ per mile) |
| **Total** | **$____________** |

See the following page for directions to officer making return on service of summons.

Case Number: 26SL-CC05393

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) <u>Mediation:</u>** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

**OFFICE OF THE CIRCUIT CLERK**
Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

Electronically Filed - St Louis County - July 30, 2026 - 05:22 PM

**TWENTY-FIRST JUDICIAL CIRCUIT**
**CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| **JAMEL HURD** | ) |
| **Plaintiff**, | ) Cause No.: |
| **v.** | ) Division: |
| **JESUS VALADEZ** | ) **JURY TRIAL DEMANDED** |
| Serve: 15309 Stice Road<br>Krum, TX 76249 | ) |
| **Defendant.** | ) |

**PETITION**

COMES NOW, Plaintiff Jamel Hurd ("Plaintiff"), by and through his undersigned counsel, Katrina A. Hudson of Morgan & Morgan, and for his cause of action against Defendant Jesus Valadez ("Defendant"), states to the Court as follows:

**PARTIES**

1. At all times relevant hereto, Plaintiff Jamel Hurd was and is a citizen and resident of the State of Missouri.

2. At all relevant times hereto, upon information and belief, Defendant Jesus Valadez was and is a citizen and resident of the State of Texas.

**VENUE AND PERSONAL JURISDICTION**

3. Venue is proper in the Circuit Court of St. Louis County pursuant to at least MO. REV. STAT. § 508.010 because Plaintiff was first injured in St. Louis County, Missouri.

4. Jurisdiction is proper over the Defendant in the State of Missouri pursuant to at least MO. REV. STAT. § 506.500 because Defendant committed the tortious acts herein described

Electronically Filed - St Louis County - July 30, 2026 - 05:22 PM

within the State of Missouri.

## FACTUAL ALLEGATIONS

5. That on or about November 17, 2025, Plaintiff was operating a motor vehicle in St. Louis County, Missouri.

6. That Plaintiff was traveling in a generally westbound direction on Interstate 70.

7. That Interstate 70 is a public throughfare which passes through, among other areas, St. Louis County, Missouri.

8. That on or about November 17, 2025, Defendant was operating a motor vehicle in St. Louis County, Missouri.

9. That Defendant was traveling in a generally westbound direction, in the lane adjacent to Plaintiff, on Interstate 70.

10. That traffic slowed in front of Defendant.

11. That Defendant braked and executed an unsafe lane change into the lane in which Plaintiff was traveling, attempting to avoid a collision with the vehicle in front of him.

12. That as a direct and proximate result of Defendant's unsafe lane usage, Defendant's vehicle collided with Plaintiff's vehicle.

13. That the aforementioned events occurred with no negligence on the part of Plaintiff.

14. That Defendant admitted, acknowledged, or otherwise accepted responsibility for his unsafe lane usage and/or failure to maintain his lane of travel.

15. That Defendant had a duty to exercise the highest degree of care in the operation of his motor vehicle.

16. The injuries and damages alleged by Plaintiff were directly and proximately caused by the negligence committed by Defendant in at least the following respects, to wit:

Electronically Filed - St Louis County - July 30, 2026 - 05:22 PM

a. Defendant failed to exercise the highest degree of care when he failed to keep a careful lookout;

b. Defendant failed to exercise the highest degree of care when he failed to maintain his vehicle within his lane of travel;

c. Defendant failed to exercise the highest degree of care when he made an unsafe lane usage and/or lane change;

d. Defendant failed to exercise the highest degree of care when he negligently and unlawfully entered Plaintiff's lane of travel;

e. Defendant failed to exercise the highest degree of care when he failed to yield to Plaintiff's vehicle occupying the adjacent lane;

f. Defendant failed to exercise the highest degree of care by knowing that there was a reasonable likelihood of collision and thereafter could have stopped, but failed to do so;

g. Defendant failed to exercise the highest degree of care by knowing that there was a reasonable likelihood of collision and thereafter could have slackened speed, but failed to do so;

h. Defendant failed to exercise the highest degree of care by knowing that there was a reasonable likelihood of collision and thereafter could have swerved, but failed to do so;

i. Defendant failed to exercise the highest degree of care by knowing that there was a reasonable likelihood of collision and thereafter could have sounded a warning, but failed to do so;

j. Defendant drove in a careless and imprudent manner under the

Electronically Filed - St Louis County - July 30, 2026 - 05:22 PM

circumstances then and there existing;

k. Defendant failed to exercise the highest degree of care when he allowed Defendant's vehicle to come into contact with Plaintiff's vehicle.

17. That each and all of the aforesaid acts and violations of law by Defendant, both of commission and of omission, were negligent and constituted negligence.

18. That each and all of the aforesaid acts and violations of law by Defendant, both of commission and of omission, were a direct and proximate cause of the damages and injuries hereinafter described.

19. That as a direct and proximate result of the aforesaid acts by Defendant, both of commission and of omission, Plaintiff suffered serious, painful, and permanent injuries, including but not limited to his neck and shoulder.

20. That as a direct and proximate result of the aforesaid acts by Defendant, both of commission and of omission, Plaintiff has suffered and will hereafter suffer physical pain.

21. That Plaintiff's aforesaid injuries are permanent, serious, and progressive in their nature.

WHEREFORE, Plaintiff Jamel Hurd prays for a judgment against Defendant Jesus Valadez in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00) together with costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

Electronically Filed - St Louis County - July 30, 2026 - 05:22 PM

Submitted: July 30, 2026

Respectfully Submitted,

*/s/ Katrina A. Hudson*
Katrina A. Hudson #69576
**MORGAN & MORGAN**
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-655-9519
Fax: 314-655-9715
Email: katrina.hudson@forthepeople.com
amy.alanis@forthepeople.com
**ATTORNEY FOR PLAINTIFF**

Electronically Filed - ST LOUIS COUNTY - August 31, 2026 - 09:08 AM

IN THE 21ST JUDICIAL CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

**Jamel Hurd**

*Plaintiff(s) / Petitioner(s)*

v.

Case No.: 26SL-CC05393

**Jesus Valadez**

*Defendant(s) / Respondent(s)*

**AFFIDAVIT OF SERVICE**

I, Karen Smith, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to JESUS VALADEZ in Denton County, TX on August 26, 2026 at 3:43 pm at 15309 Stice Rd, Krum, TX 76249-3098 by personal service by handing the following documents to an individual identified as JESUS VALADEZ.

PETITION
SUMMONS

Race: Hispanic or Latino, Sex: Male, Est. Age: 45-54, Hair: Gray, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.3311334439,-97.3866057945
Photograph: See Exhibit 1

Total Cost: $281.00

[signature]
Server Signature
Karen Smith
+1 (817) 846-2686

Subscribed and sworn to before me this 28 day of August, 2026, by Karen Smith
Server Name

Witness my hand and official seal.
[signature]
Notary Public

My commission expires:
11-5-2029

Notary Stamp

MERRILYN WALZ
Notary Public, State of Texas
Comm. Expires 11-05-2029
Notary ID 133223340

Electronically Filed - ST LOUIS COUNTY - August 31, 2026 - 09:08 AM



Electronically Filed - ST LOUIS COUNTY - August 31, 2026 - 09:08 AM



Electronically Filed - ST LOUIS COUNTY - August 31, 2026 - 09:08 AM

# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRIAN H. MAY | **Case Number: 26SL-CC05393** | |
| Plaintiff/Petitioner:<br>JAMEL HURD<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>KATRINA HUDSON<br>200 N BROADWAY<br>SUITE 720<br>ST. LOUIS, MO 63102 | |
| Defendant/Respondent:<br>JESUS VALADEZ | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

**The State of Missouri to**: **JESUS VALADEZ**
**Alias:**

**15309 STICE ROAD**
**KRUM, TX 76249**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

31-JUL-2026
Date

/S/ Adam Dockery
Clerk

**Further Information:**
AD

Electronically Filed - ST LOUIS COUNTY - August 31, 2026 - 09:08 AM

**Officer's or Server's Affidavit of Service**

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is ______________________ of ______________________ County, ______________ (state).
3. I have served the above Summons by: (check one)
   - ☐ delivering a copy of the summons and petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.
   - ☐ (for service on a corporation) delivering a copy of the summons and petition to: ______________________ (name) ______________________(title).
   - ☐ other: ______________________.

Served at ______________________ (address)

in ______________________ (County), ______________ (state), on ______________(date)

at __________ (time).

______________________ Printed Name of Officer or Server

______________________ Signature of Officer or Server

**Subscribed and sworn to** before me this ____ (day) ____________ (month), ______ (year).

I am: (check one)
- ☐ the clerk of the court of which affiant is an officer.
- ☐ the judge of the court of which affiant is an officer.
- ☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).
- ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

______________________ Signature and Title

**Service Fees**

Summons $____________

Non Est $____________

Mileage $____________ (______ miles @ $.______ per mile)

**Total** **$____________**

See the following page for directions to officer making return on service of summons.

Electronically Filed - St Louis County - July 30, 2026 - 05:22 PM

**TWENTY-FIRST JUDICIAL CIRCUIT**
**CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **JAMEL HURD** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | Cause No.: |
| **v.** | ) | |
| | ) | Division: |
| **JESUS VALADEZ** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

COMES NOW, Plaintiff Jamel Hurd, by and through his undersigned counsel, Katrina A. Hudson of Morgan & Morgan, and hereby certifies that Plaintiff's First Set of Interrogatories and First Request for Production of Documents were e-filed along with the Petition on July 30, 2026.

Respectfully Submitted,

*/s/ Katrina A. Hudson*
Katrina A. Hudson #69576
**MORGAN & MORGAN**
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-655-9519
Fax: 314-655-9715
Email: katrina.hudson@forthepeople.com
amy.alanis@forthepeople.com
**ATTORNEY FOR PLAINTIFF**